JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE A. LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>M. HUSTON, Warden,<br><br>    Respondent. | No. CV 19-8538-CAS (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: January 5, 2021

                                         /s/ Christina A. Snyder
                                         HONORABLE CHRISTINA A. SNYDER
                                         SENIOR UNITED STATES DISTRICT JUDGE